UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN L. K. JONES,

                Plaintiff,

    v.

SNOHOMISH COUNTY CORRECTIONS BUREAU, *et al.*,

                Defendants.

CASE NO. C18-0965-JLR-MAT

REPORT AND RECOMMENDATION

        This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to the Court for filing on June 28, 2018, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) Plaintiff indicates in his *in forma pauperis* application that he receives monthly income of $1,115 from the Tulalip Indian Tribe and that he has no monthly expenses. (*See id.*) Plaintiff's Snohomish County Jail account statement shows that plaintiff had over $800 in his account as of May 17, 2018, and it confirms that plaintiff receives regular deposits from the Tulalip Tribe of over $800. (*See* Dkt. 1-2 at 5-6.) In addition, though plaintiff submitted an application asking to proceed with this action without the prepayment of fees, he states in his application that he is able to pay the $400 filing fee for this action because he has sufficient funds in his Snohomish County Jail account, and he invites the Court to take that

REPORT AND RECOMMENDATION
PAGE - 1

money from his account.  (*See* Dkt. 1 at 2.)  However, the Court is unable to simply withdraw funds from plaintiff's jail account.  The onus is on plaintiff to ask the Snohomish County Jail to transfer funds to the Court if that is how he wishes to proceed.

As it appears clear from the record that plaintiff has sufficient funds to pay the $400 filing fee required in a civil rights action, this Court recommends that plaintiff's application to proceed *in forma pauperis* (Dkt. 1) be DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 24, 2018**.

DATED this 31st day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2