UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN L. K. JONES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY CORRECTIONS<br>BUREAU, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C18-0965-JLR<br><br>ORDER DENYING APPLICATION TO<br>PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)　The Report and Recommendation is approved and adopted;

(2)　Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED. Plaintiff is directed to pay the full filing fee of $400 within ***thirty (30) days*** of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed;

(3)　The Clerk shall file the complaint only upon receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

ORDER DENYING APPLICATION TO
TO PROCEED *IN FORMA PAUPERIS* - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 24th day of August, 2018.

*James L. Robart (signature)*

JAMES L. ROBART
United States District Judge

ORDER DENYING APPLICATION TO
TO PROCEED *IN FORMA PAUPERIS* - 2